**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| **TIMOTHY JONES,** | |
| Plaintiff, | Case No. CV **08-80-BU-RWA** |
| v. | |
| **THE UNITED STATES OF AMERICA,** | |
| Defendant. | |

## ORDER & NOTICE

At Butte in said District this 10th day of December, 2009.

The Defendant has filed an Unopposed Motion to Extend Discovery Deadline on December 9, 2009, stating that Plaintiff's counsel has no objection. Upon review, the Court finds that the Motion is filed for good cause and should be granted.

**IT IS ORDERED** the Defendant's Unopposed Motion to Extend Discovery Deadline filed on December 9, 2009, (Docket No. 14) is **GRANTED**.

**IT IS FURTHER ORDERED:**

1. All discovery shall be completed in accordance with the Federal Rules of Civil Procedure on or before **February 9, 2010**. The duty to supplement discovery beyond that date shall be governed by Rule 26(e), Fed. R. Civ. P.

1

2. All written discovery shall be served so as to allow the responding party sufficient time to reply within the time periods set by the Federal Rules and paragraph 1 above.

3. All motions except those in the nature of a motion in limine, shall be filed on or before **March 9, 2010**[1], with briefs to be filed pursuant to L.R. 7.1.

All remaining deadlines established by the Court's March 9, 2009, Scheduling Order shall remain in full force and effect.

Dated this 10th day of December, 2009.

By /s/ *Richard W. Anderson*
RICHARD W. ANDERSON
UNITED STATES MAGISTRATE JUDGE

---

[1]Defendant's Motion at page 2 requests the extension of time for pretrial motions to March 9, 2009, which the Court deems clearly a typo.