# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

TIMOTHY JONES,                      Cause No. CV-08-80-BU-RFC-RWA

          Plaintiff,                 **ORDER**

vs.

UNITED STATES OF AMERICA,

          Defendant.
_____/

      Upon notice the parties have reached a resolution of this matter, and no further issues remain for the Court's determination,

      IT IS HEREBY ORDERED that within sixty days of the entry of this Order, the parties shall file a stipulated notice of dismissal, together with a proposed Order.

      IT IS FURTHER ORDERED that all pending motions are MOOT and all deadlines are VACATED.

      DATED this 25th Day of January, 2010.

                                     _/s/ Richard F. Cebull_____
                                     RICHARD F. CEBULL
                                     CHIEF U. S. DISTRICT JUDGE