IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TIMOTHY JONES,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICAN,<br><br>    Defendant. | Case No. CV **08-80-BU-RWA** |

## ORDER OF DISMISSAL

At Butte in said District this 22nd day of February, 2010.

Upon consideration of the Stipulation for Dismissal entered into between the parties,

**IT IS ORDERED** the Stipulation for Dismissal is approved and the claims of Timothy Jones against the United States are dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

Dated this 22nd day of February, 2010.

By /s/ *Richard W. Anderson*
RICHARD W. ANDERSON
UNITED STATES MAGISTRATE JUDGE